```
Alan E. Wisotsky (SBN 68051)
Jeffrey Held (SBN 106991)
Dirk DeGenna (SBN 188972)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California  93036
Tel:    (805) 278-0920
Fax:    (805) 278-0289
E-mail: lawyers@wisotskylaw.com
```

Attorneys for Defendants CITY OF OXNARD, OXNARD POLICE DEPARTMENT, JOHN CROMBACH, and ANDREW SALINAS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA LAZOS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OXNARD, et al.,<br><br>　　　　Defendants.<br><br>AND CONSOLIDATED ACTION. | No. CV 08-02987 RGK (SHx)<br><br>[consolidated w/<br>No. CV 08-05153 RGK (SH)]<br><br>**DEFENDANTS' NOTICE OF ERRATA TO DOCUMENT #-34- DEFENDANTS' NOTICE OF MOTION AND MOTION IN LIMINE TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING THE CONDUCTING, EXISTENCE, AND FINDINGS OF INTERNAL AFFAIRS INVESTIGATIONS AND/OR DISTRICT ATTORNEY INVESTIGATIONS**<br><br>[Motion in Limine No. 4] |

TO THE HONORABLE COURT, AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that the NOTICE OF MOTION AND MOTION IN LIMINE TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING THE CONDUCTING, EXISTENCE, AND FINDINGS OF INTERNAL AFFAIRS INVESTIGATIONS AND/OR DISTRICT ATTORNEY INVESTIGATIONS [Motion in Limine No. 4] filed by Defendants City of Oxnard, Oxnard Police Department, John Crombach,

/ / /

1

and Andrew Salinas contains the wrong document attached.  Attached to this Notice of Errata please find the correct document that corresponds with Docket Number 34.

Dated: June ____, 2009

                              LAW OFFICES OF ALAN E. WISOTSKY

                              By:_____
                                  DIRK DeGENNA
                                  Attorneys for Defendants,
                                  CITY OF OXNARD, OXNARD POLICE
                                  DEPARTMENT, JOHN CROMBACH, and
                                  ANDREW SALINAS