


1  Jenny Scovis, Esq., State Bar No. 87026
   Kim D. Scovis, Esq., State Bar No. 182059
2  **LAW OFFICES OF KIM D. SCOVIS**
   223 East Thousand Oaks Boulevard, Suite 412
3  Thousand Oaks, California  91360
   Telephone: (805) 496-6413   Facsimile: (805) 379-3966
4

5  Attorneys for Plaintiff, MARIA LAZOS as an individual, and *THE ESTATE OF*
   *THOMAS BARRERA, By and Through its Successor in Interest, MARIA LAZOS*
6

7

8                     UNITED STATES DISTRICT COURT
9
                      CENTRAL DISTRICT OF CALIFORNIA
10

11

   MARIA LAZOS, *THE ESTATE OF*          )   Case No. CV08-02987-RGK (SHx)
12 *THOMAS BARRERA, By and Through its*  )
   *Successor in Interest, MARIA LAZOS*  )   (consolidated w/ CV 08-05153 RGK )
13                                        )
            Plaintiff,                    )   **STIPULATION BY ALL COUNSEL TO**
14                                        )   **EXTEND    TIME   TO   FILE   FINAL**
   vs.                                    )   **PRETRIAL DOCUMENTS**
15                                        )
   CITY OF OXNARD; OXNARD POLICE          )   **[PROPOSED ORDER]**
16 DEPARTMENT; POLICE CHIEF JOHN          )
   CROMBACH; ANDREW SALINA, and           )
17 DOES 1-10                              )
                                          )
18                                        )
            Defendants.                   )
19 _____       )
                                          )
20 AND CONSOLIDATED ACTION_____        )

21

   TO THE HONORABLE R. GARY KLAUSNER, JUDGE OF THE FEDERAL COURT:
22

23      IT IS HEREBY STIPULATED, by and between the parties, Plaintiff, Mario Lazos,

24 TOMAS BARRERA and *THE ESTATE OF THOMAS BARRERA BY AND THROUGH ITS*

25 *SUCCESSORS IN INTEREST MARIA LAZOS and TOMAS BARRERA*  and defendants, the

26 City of Oxnard, Chief John Crombach and Sargent Andrew Salinas, through their counsel

27 of record, Dirk DeGenna hereby stipulate and agree as follows:

28      The Parties are in the process of filing the Joint Exhibit List, Joint Witness List, and





1   Memoranda Of Facts and Law pursuant to *Local Rule 16* et seq. These documents are

2   currently due to be filed on or before July 06, 2009. However, counsel respectfully request

3   an extension up to and including July 10, 2009, to file these documents (hereinafter "FPT

4   Documents"). This request is made on the grounds that due to unforeseen circumstances and

5   inadvertent miscalculations of time, the extension of time is necessary to ensure complete

6   and proper compliance with all Federal and Local Rules pertaining to the contents and format

7   of FPT Documents. All parties apologize to the Court for the delay.

8   DATED: ~~June 26, 2009~~             LAW OFFICES OF KIM D. SCOVIS

9          7/1/09

10                                        JENNY SCOVIS
                                          Attorneys for Plaintiff

11

12  DATED: ~~June 26, 2009~~            LAW OFFICES OF GREGORY A. YATES

13         7/1/09

14                                       GREGORY A. YATES
                                         Attorneys for Plaintiff

15

16

17

18  DATED: 7/1/09              LAW OFFICES OF ALAN WISOTSKY

19

20  _____

21   DIRK DIGENNA

22  Attorneys for Defendants

23

24

25

26  ///

27  ///

28  ///

PDF-XChange
Click to buy NOW!
www.docu-track.com

PDF-XChange
Click to buy NOW!
www.docu-track.com

1    Memoranda Of Facts and Law pursuant to *Local Rule 16* et seq. These documents are

2    currently due to be filed on or before July 06, 2009.  However, counsel respectfully request

3    an extension up to and including July 10, 2009, to file these documents (hereinafter "FPT

4    Documents"). This request is made on the grounds that due to unforeseen circumstances and

5    inadvertent miscalculations of time, the extension of time is necessary to ensure complete

6    and proper compliance with all Federal and Local Rules pertaining to the contents and format

7    of FPT Documents.  All parties apologize to the Court for the delay.

8    DATED: ~~June 26, 2009~~

9       7/1/09

      LAW OFFICES OF KIM D. SCOVIS

10       ~~JENNY SCOVIS~~
      Attorneys for Plaintiff

11

12    DATED: ~~June 26, 2009~~
      LAW OFFICES OF GREGORY A. YATES

13       7/1/09

14       GREGORY A. YATES
      Attorneys for Plaintiff

15

16

17

18    DATED: 7/1/.9
      LAW OFFICES OF ALAN WISOTSKY

19

20

21       DIRK DIGENNA

22       Attorneys for Defendants

23

24

25

26    ///

27    ///

28    ///




Click to buy NOW!
PDF-XChange
www.docu-track.com

Click to buy NOW!
PDF-XChange
www.docu-track.com

1  Jenny Scovis, Esq., State Bar No. 87026
   Kim D. Scovis, Esq., State Bar No. 182059
2  **LAW OFFICES OF KIM D. SCOVIS**
   223 East Thousand Oaks Boulevard, Suite 412
3  Thousand Oaks, California  91360
   Telephone: (805) 496-6413   Facsimile: (805) 379-3966
4

5  Attorneys for Plaintiff, MARIA LAZOS as an individual, and *THE ESTATE OF*
   *THOMAS BARRERA, By and Through its Successor in Interest, MARIA LAZOS*
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 MARIA LAZOS, *THE ESTATE OF*          )   Case No. CV08-02987-RGK (SHx)
   *THOMAS BARRERA, By and Through its*  )
12 *Successor in Interest, MARIA LAZOS*  )   (consolidated w/ CV 08-05153 RGK )
                                          )
13         Plaintiff,                     )   **[PROPOSED] ORDER on**
                                          )
14 vs.                                    )   **STIPULATION BY ALL COUNSEL TO**
                                          )   **EXTEND   TIME   TO   FILE   FINAL**
15 CITY OF OXNARD; OXNARD POLICE         )   **PRETRIAL DOCUMENTS**
   DEPARTMENT; POLICE CHIEF JOHN         )
16 CROMBACH; ANDREW SALINA, and          )
   DOES 1-10                              )
17                                        )
                                          )
18         Defendants.                    )
   _____   )
19                                        )
   AND CONSOLIDATED ACTION            )
20

21        GOOD CAUSE APPEARING, the court upon considering the Joint Stipulation of

22 Counsel to extend the deadline to file Final Pretrial(FTP)  Documents from July 06, 2009

23 to July 10, 2009, does hereby grant the requested extension of time to file all FTP

24 Documents up to and including July 10, 2009.

25              **IT IS SO ORDERED**

26 Dated:_____

27

28                                    By_____
                                         Honorable Judge R. Gary Klausner
                                         United States District Court Judge

                                    1