1 **LAW OFFICES OF GREGORY A. YATES, P.C.**
16830 Ventura Blvd., # 250
2 Encino, California 91436
TEL. (310) 858-6944; FAX. (818) 905-7038
3
**DANIEL C. MORGAN & ASSOC.**
4 5851 Thille Street, Suite 103
Ventura, California 93003
5 TEL: (805) 815-4610; FAX: (805) 800-1880

6 Attorneys for Plaintiffs, TOMAS BARRERA, SR., individually and as a Personal Representative of THE ESTATE OF TOMAS BARRERA, JR.
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  MARIA LAZOS, et al, | Case No. CV 08-02987 RGK (SHx) |
| 12              Plaintiff, | |
| 13  vs. | **PLAINTIFFS' NON-OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 4 TO PRECLUDE EVIDENCE REGARDING THE CONDUCTING, EXISTING OR FINDING OF INTERNAL INVESTIGATIONS AND/OR DISTRICT ATTORNEY INVESTIGATIONS** |
| 14  CITY OF OXNARD, et al, | |
| 15              Defendants. | |
| 16  TOMAS BARRERA, SR. | |
| 17              Plaintiff, | Date:     August 11, 2009 |
| 18  vs. | Time:     9:00 a.m. Courtroom: 850 |
| 19  CITY OF OXNARD, et al, | |
| 20              Defendants. | |

21

22         TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Plaintiffs, MARIA LAZOS and TOMAS BARRERA, SR., individually and as representatives of the ESTATE OF TOMAS BARRERA, hereby file their Notice of Non-Opposition to Defendants' Motion in Limine No. 4, to Preclude Evidence or Argument Regarding the Conducting, Existence, and Findings of Internal Affairs Investigations And/Or District Attorney Investigations.

Dated: July 16, 2009

LAW OFFICES OF GREGORY A. YATES, P.C.

_____
GREGORY A. YATES
Co-Counsel for Plaintiffs,
TOMAS BARRERA, SR., individually and as a Personal Representative of THE ESTATE OF TOMAS BARRERA, JR.

Dated: July ____, 2009

LAW OFFICES OF KIM D. SCOVIS

_____
KIM D. SCOVIS
JENNY SCOVIS
Counsel for Plaintiff,
MARIA LAZOS, individually and as a Personal Representative of THE ESTATE OF TOMAS BARRERA, JR.