LAW OFFICES OF GREGORY A. YATES, P.C.
16830 Ventura Blvd., # 250
Encino, California 91436
TEL. (310) 858-6944; FAX. (818) 905-7038

DANIEL C. MORGAN & ASSOC.
5851 Thille Street, Suite 103
Ventura, California 93003
TEL: (805) 815-4610; FAX: (805) 800-1880

Attorneys for Plaintiffs, TOMAS BARRERA, SR., individually and as a Personal Representative of THE ESTATE OF TOMAS BARRERA, JR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAZOS, et al, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF OXNARD, et al, <br><br> Defendants. <br><br> TOMAS BARRERA, SR. <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF OXNARD, et al, <br><br> Defendants. | Case No. CV 08-02987 RGK (SHx) <br><br> PLAINTIFFS' CONDITIONAL NON-OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 14 TO PRECLUDE REFERENCE TO DECEDENT AS "VICTIM" |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs, MARIA LAZOS and TOMAS BARRERA, SR., individually and as representatives of the ESTATE OF TOMAS BARRERA, hereby file their conditional Notice of Non-Opposition to Defendants' Motion in Limine No. 14, to preclude reference to decedent as "victim." Plaintiffs submit that the motion should be granted, provided the Honorable Court preclude reference to the decedent as a "suspect" or as a "defendant" in a criminal context (*See* Plaintiffs' motion in limine

No. 8.)

Dated: July 16, 2009

LAW OFFICES OF GREGORY A. YATES, P.C.

_____
GREGORY A. YATES
Co-Counsel for Plaintiffs,
TOMAS BARRERA, SR., individually and as a Personal Representative of THE ESTATE OF TOMAS BARRERA, JR.

Dated: July ___, 2009

LAW OFFICES OF KIM D. SCOVIS

_____
KIM D. SCOVIS
JENNY SCOVIS
Counsel for Plaintiff,
MARIA LAZOS, individually and as a Personal Representative of THE ESTATE OF TOMAS BARRERA, JR.