Jenny Scovis, Esq., State Bar No. 87026
Kim D. Scovis, Esq., State Bar No. 182059
**LAW OFFICES OF KIM D. SCOVIS**
223 East Thousand Oaks Boulevard, Suite 412
Thousand Oaks, California 91360
Telephone: (805) 496-6413   Facsimile: (805) 379-3966

Attorneys for Plaintiff, MARIA LAZOS as an individual, and *THE ESTATE OF THOMAS BARRERA, By and Through its Successor in Interest, MARIA LAZOS*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAZOS, *THE ESTATE OF THOMAS BARRERA, By and Through its Successor in Interest, MARIA LAZOS*<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OXNARD; OXNARD POLICE DEPARTMENT; POLICE CHIEF JOHN CROMBACH; ANDREW SALINA, and DOES 1-10<br><br>Defendants.<br>_____<br>AND CONSOLIDATED ACTION | Case No. CV08-02987-RGK (SHx)<br><br>(consolidated w/ CV 08-05153 RGK )<br><br>**PLAINTIFFS OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE** EVIDENCE AND/OR REFERENCE TO FACT THAT OFFICER HAD ASSISTANCE OF COUNSEL PRIOR TO GIVING STATEMENT<br><br>DATE: August 11, 2009<br>TIME:<br>DEPT: "850" |

Plaintiffs, MARIA LAZOS, TOMAS BARRERA and *THE ESTATE OF THOMAS BARRERA BY AND THROUGH ITS SUCCESSORS IN INTEREST MARIA LAZOS and TOMAS BARRERA* do hereby submit their Opposition to Defendants' Motion in Limine seeking an Order prohibiting Plaintiffs from introducing Evidence or Making Argument that Salinas consulted with Counsel prior to Statement as follows:

There is a very technical term for Defendant's Motion...."Chutpah". Defendants oppose Plaintiffs' Limine to Exclude any expert evidence that Salinas was suffering from

1 | PTSD or other emotional sequella to explain inconsistencies in Salinas many differing
2 | statements.   After refusing to agree to such an exclusion order, defendants seek their own
3 | order requesting basically the same relief that they refuse to give to Plaintiff.
4 |      Therefore, should the court allow Defendants to present expert or other evidence to
5 | explain why Salinas gave so many different accounts of the incidents, Plaintiffs respectfully
6 | request permission to introduce evidence that Salinas acted with the assistance and aid of
7 | counsel.

8 | DATED: July 16, 2009            LAW OFFICES OF KIM D. SCOVIS

11 |                                               JENNY SCOVIS
12 |                                               Attorneys for Plaintiff

16 | DATED: 7-16, 2009              LAW OFFICES OF GREGORY A. YATES

19 |                                               GREGORY A. YATES
20 |                                               Attorneys for Plaintiff