**LAW OFFICES OF GREGORY A. YATES, P.C.**
16830 Ventura Blvd., # 250
Encino, California 91436
TEL. (310) 858-6944; FAX. (818) 905-7038

**DANIEL C. MORGAN & ASSOC.**
5851 Thille Street, Suite 103
Ventura, California 93003
TEL: (805) 815-4610; FAX: (805) 800-1880

Attorneys for Plaintiffs, TOMAS BARRERA, SR., individually and as a Personal Representative of THE ESTATE OF TOMAS BARRERA, JR.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAZOS, et al., | No. CV 08-02987 RGK (SHx) |
| Plaintiffs, | [consolidated with No. CV 08-05153 RGK (SH)x] |
| v. | ***AMENDED* JOINT EXHIBIT LIST** |
| CITY OF OXNARD, et al., | Pretrial Conference: July 27, 2009 |
| Defendants. | Trial: August 11, 2009 |
| | Courtroom: 850 |
| AND CONSOLIDATED ACTION. | |

TO THE HONORABLE R. GARY KLAUSNER, JUDGE OF THE FEDERAL COURT:

Plaintiffs, MARIA LAZOS, TOMAS BARRERA and THE ESTATE OF THOMAS BARRERA BY AND THROUGH ITS SUCCESSORS IN INTEREST MARIA LAZOS and TOMAS BARRERA hereby submit the following **Amended** Joint Exhibit List, containing Plaintiffs' objections to Defendants' exhibit list. .

///
///
///
///
///

1

| Exhibit No. | Description | Objection, Stated Grounds |
|---|---|---|
| 1 | Photograph of decedent TOMAS BARRERA prior to his death | Objection. Not produced in discovery. |
| 2 | Photograph of decedent TOMAS BARRERA prior to his death | Objection. Not produced in discovery. |
| 3 | Photograph of decedent TOMAS BARRERA prior to his death | Objection. Not produced in discovery. |
| 4 | Photograph of decedent TOMAS BARRERA prior to his death | Objection. Not produced in discovery. |
| 5 | Photograph of decedent TOMAS BARRERA prior to his death | Objection. Not produced in discovery. |
| 6 | Family photograph | Objection. Not produced in discovery. |
| 7 | Family photograph | Objection. Not produced in discovery. |
| 8 | Family photograph | Objection. Not produced in discovery. |
| 9 | Family photograph | Objection. Not produced in discovery. |
| 10 | Family photograph | Objection. Not produced in discovery. |
| 11 | Photograph of decedent TOMAS BARRERA's wake | Objection. Not produced in discovery. |
| 12 | Photograph of decedent TOMAS BARRERA's wake | Objection. Not produced in discovery. |
| 13 | Photograph depicting the incident scene (Ex. 4 to Salinas' deposition) | |
| 14 | Photograph depicting the incident scene (Ex. 5 to Salinas' deposition) | |
| 15 | Photograph depicting Casa San Juan (Ex. 1 to Tafoya and Duran's depositions) | |
| 16 | Photograph depicting Casa San Juan (Ex. 3 to Tafoya's deposition) | |
| 17 | Photograph depicting Casa San Juan (Ex. 4 to Tafoya's deposition) | |

| | | | |
|---|---|---|---|
| 1 | 18 | Photograph depicting Casa San Juan (Ex. 2 to Estrada and Duran's depositions) | |
| 2 | | | |
| 3 | 19 | Photograph depicting the corner of Hobson and 5th (Ex. 5 to Tafoya's deposition) | |
| 4 | | | |
| 5 | 20 | Photograph depicting the corner of Hobson and 5th (Ex. 6 to Tafoya's deposition) | |
| 6 | | | |
| 7 | 21 | Photograph depicting the corner of Hobson and 5th (Ex. 7 to Tafoya's deposition) | |
| 8 | | | |
| 9 | 22 | Photograph depicting the corner of Hobson and 5th (Ex. 3 to Estrada's deposition; Ex. 2 to Elias and Margaret Olmos' depositions) | |
| 10 | | | |
| 11 | | | |
| 12 | 23 | Physical Evidence Diagram BS 00501 (attached to Follow-up report by Maria Pena) | |
| 13 | | | |
| 14 | 24 | Physical Evidence Diagram BS 00502 (Ex. 1 to Salinas' deposition) | |
| 15 | | | |
| 16 | 25 | Street Diagram BS 00503 (Ex. 2 to Salinas' deposition) | |
| 17 | | | |
| 18 | 26 | Physical Evidence Diagram BS 00504 (attached to Follow-up report by Maria Pena) | |
| 19 | | | |
| 20 | 27 | Autopsy report of decedent | |
| 21 | 28 | Salinas' job applications with the Los Angeles Police Department | Objection. Records not produced in discovery. Records were obtained by plaintiff's counsel, from *Martinez v. City of Oxnard*, Case No. CV 98-9313 FMC (AJWx) and were subject to a protective order in said case. Defendants assert the protection afforded by California Penal Code §§ 832.7 and 832.8, Evidence Code §§ 1040 and 1043, and by the California Constitution's recognition of the right of privacy. |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | /// | | |
| 28 | /// | | |

| | | | |
|---|---|---|---|
| 1 | 29 | Salinas' job applications with the Oxnard Police Department | Objection. Records not produced in discovery. Records were obtained by plaintiff's counsel, from *Martinez v. City of Oxnard*, Case No. CV 98-9313 FMC (AJWx) and were subject to a protective order in said case. Defendants assert the protection afforded by California Penal Code §§ 832.7 and 832.8, Evidence Code §§ 1040 and 1043, and by the California Constitution's recognition of the right of privacy. |
| | 30 | Salinas' employment records with the Los Angeles Police Department | Objection. Records not produced in discovery. Records were obtained by plaintiff's counsel, from *Martinez v. City of Oxnard*, Case No. CV 98-9313 FMC (AJWx) and were subject to a protective order in said case. Defendants assert the protection afforded by California Penal Code §§ 832.7 and 832.8, Evidence Code §§ 1040 and 1043, and by the California Constitution's recognition of the right of privacy. |
| | 31 | Salinas' employment records with the Oxnard Police Department | Objection. Records not produced in discovery. Records were obtained by plaintiff's counsel, from *Martinez v. City of Oxnard*, Case No. CV 98-9313 FMC (AJWx) and were subject to a protective order in said case. Defendants assert the protection afforded by California Penal Code §§ 832.7 and 832.8, Evidence Code §§ 1040 and 1043, and by the California Constitution's recognition of the right of privacy. |
| | 32 | Personal history statements of Salinas | Objection. Records not produced in discovery. Records were obtained by plaintiff's counsel, from *Martinez v. City of Oxnard*, Case No. CV 98-9313 FMC (AJWx) and were subject to a protective order in said case. Defendants assert the protection afforded by California Penal Code §§ 832.7 and 832.8, Evidence Code §§ 1040 and 1043, and by the California Constitution's recognition of the right of privacy. |


| # | Exhibit | Description | Objection |
|---|---|---|---|
| | 33 | Index card prepared by Dr. Randolph Nutter, Ph.D. re: Andrew Salinas | Objection. Records not produced in discovery. Records were obtained by plaintiff's counsel, from *Martinez v. City of Oxnard*, Case No. CV 98-9313 FMC (AJWx) and were subject to a protective order in said case. Defendants assert the protection afforded by California Penal Code §§ 832.7 and 832.8, Evidence Code §§ 1040 and 1043, and by the California Constitution's recognition of the right of privacy. |
| | 34 | Receipts for funeral and burial expenses | |
| | 35 | Thomas Barrera, Jr's 2004 W2 | |
| | 36 | Maria Lazos' Tax Returns, 2007 | |
| | 37 | Maria Lazos' Tax Returns, 2005 | |
| | 38 | Correspondence between Thomas Barrera Jr., and Maria Lazos | |
| | 39 | Correspondence between Thomas Barrera Jr., and Maria Lazos | |
| | 40 | Correspondence between Thomas Barrera Jr., and Maria Lazos | |
| | 41 | Picture Living Room Window that faces corner of Hobson and 5th St. from apartment of Varonica Tafoya | Objection. Lacks foundation, photograph has not been authenticated by any witness. |
| | 42 | 2nd Picture Living Room Window that faces corner of Hobson and 5th St. from apartment of Varonica Tafoya | Objection. Lacks foundation, photograph has not been authenticated by any witness. |
| | 43 | Picture of Blue Stool which Ms Tafoya used to stand and look out window | Objection. Lacks foundation, photograph has not been authenticated by any witness. |
| | 44 | Picture Blue Stool in by the window in same position that was night of incident | Objection. Lacks foundation, photograph has not been authenticated by any witness. |
| | 45 | Picture of G and 5th Street | |

///

| | | | |
|---|---|---|---|
| 1 | 46 | 2nd Picture of G and 5th Street looking from opposing corner | |
| 2 | 47 | Picture of G and 5th Street | |
| 3 | 48 | Picture of Vehicle parked on G street facing North towards 5th street | |
| 4 | | | |
| 5 | 49 | Picture of Vehicle parked on G street facing South towards 5th street | |
| 6 | | | |
| 7 | 50 | 2nd Picture of Vehicle parked on G street facing South towards 5th street | |
| 8 | | | |
| 9 | 51 | 3rd Picture of Vehicle parked on G street facing South towards 5th street | |
| 10 | | | |
| 11 | 52 | Picture of 5th and G street showing 3 vehicles | |
| 12 | | | |
| 13 | 53 | Tire measurements | Objection. Lacks foundation. Has not been produced in discovery. |
| 14 | | | |
| 15 | 54 | Picture of 5th and Hobson, facing San Juan Apartments | |
| 16 | 55 | 2nd Picture of 5th and Hobson, facing San Juan Apartments | |
| 17 | | | |
| 18 | 56 | Close up of 5 casings | |
| 19 | 57 | 7 Pictures of 5th and Hobson | |
| 20 | 58 | Picture with heading "In Loving Memory of Tommy Barrera" | |
| 21 | 59 | Plaintiff, MARIA LAZOS's notes of conversation with Witness, Luis Garcia on 12/19/07 | Objection. Hearsay. |
| 22 | | | |
| 23 | | | |
| 24 | 60 | Notes dated 10/17/07 of Maria Jackson (Plaintiff, Maria Lazo's sister) regarding the day of Thomas Barrera's death | Objection. Hearsay. Lacks foundation, photograph has not been authenticated by any witness. |
| 25 | | | |
| 26 | 61 | Re-enactment Video | Objection. Not produced in discovery. To the extent it is the product of plaintiffs' experts, the experts were not timely disclosed pursuant to Rule 26, and therefore, it is inadmissible. |
| 27 | | | |
| 28 | | | |

| # | Description | Objection |
|---|---|---|
| 62 | CD containing witness interviews | Objection. Hearsay. Lacks foundation, evidence has not been authenticated by any witness. Evidence not produced in discovery. |
| 63 | Plaintiff, MARIA LAZOS medical records | Objection. Hearsay. Lacks foundation, evidence has not been authenticated by any witness. Evidence not produced in discovery. |
| 64 | THOMAS BARRERA'S Hospice Records | Objection. Hearsay. Lacks foundation, evidence has not been authenticated by any witness. Evidence not produced in discovery. |
| 65 | Discovery propounded upon Defendant, the CITY OF OXNARD, and responses thereto | |
| 66 | Discovery propounded upon Defendant, ANDREW SALINAS, and responses thereto | |
| 67 | Discovery propounded upon Defendant, JOHN CROMBACH, and responses thereto | |
| 68 | The deposition transcript of Witness, Elias Olmos | Objection. The witnesses is not a party and may not be for any purpose under Rule 1007. Additionally, portions desired to be used have not been identified. |
| 69 | The deposition transcript of Witness, Margaret Olmos | Objection. The witnesses is not a party and may not be for any purpose under Rule 1007. Additionally, portions desired to be used have not been identified. |
| 70 | The deposition transcript of Witness, Antonio Mendoza | Objection. The witnesses is not a party and may not be for any purpose under Rule 1007. Additionally, portions desired to be used have not been identified. |
| 71 | The deposition transcript of Witness, Josephine Estrada | Objection. The witnesses is not a party and may not be for any purpose under Rule 1007. Additionally, portions desired to be used have not been identified. |

///

| # | Description | Objection |
|---|---|---|
| 72 | The deposition transcript of Witness, Veronica Tafoya | Objection. The witnesses is not a party and may not be for any purpose under Rule 1007. Additionally, portions desired to be used have not been identified. |
| 73 | The deposition transcript of Witness, Rosario Duran | Objection. The witnesses is not a party and may not be for any purpose under Rule 1007. Additionally, portions desired to be used have not been identified. |
| 74 | The deposition transcript of Witness, Luis Garcia | Objection. The witnesses is not a party and may not be for any purpose under Rule 1007. Additionally, portions desired to be used have not been identified. |
| 75 | The deposition transcript of Witness, Janice Frank, M.D. | Objection. The witnesses is not a party and may not be for any purpose under Rule 1007. Additionally, portions desired to be used have not been identified. |
| 76 | The deposition transcript of Defendant, ANDREW SALINAS | Objection. Portions desired to be used have not been identified. |
| 77 | The video deposition of Defendant, ANDREW SALINAS | Objection. Portions desired to be used have not been identified. |
| 78 | CD labeled: Barrera Case 12/27/07 | Objection. Hearsay. Lacks foundation, evidence has not been authenticated by any witness. Evidence not produced in discovery. |
| 79 | CD labeled: Pictures of Scene Barrera | Objection. Lacks foundation, evidence has not been authenticated by any witness. Evidence not produced in discovery. |
| 80 | CD labeled: Digital recordings from patrol | |
| 81 | CD labeled: Dispatch Recordings 10/03/07 | |
| 82 | CD labeled: Investigation Recording1 | |
| 83 | CD labeled: Eye Witness Recordings | Objection. Hearsay. Lacks foundation, evidence has not been authenticated by any witness. Evidence not produced in discovery. |

| # | Description | Objection |
|---|---|---|
| 84 | CD labeled: Digital Photo's of Crime Scene | |
| 85 | CD labeled: Photo's of Crime Scene- 2 | |
| 86 | CD labeled: Photo's from Property (Bitruck, witness photos, veh lic plates, tagging at memories, suspect being treated at scene, photos of scene, sgt. Salinas) | |
| 87 | CD labeled: Walkthrough with Officer Salinas 10/03/07 | |
| 88 | CD labeled: Interview with Sgt. Andrew Salinas 10/03/07 | |
| 89 | CD labeled: Photo's BI Stg. Salinas Autopsy | |
| 90 | CD labeled: Follow-up Photos at 500 Hobson Way 12/27/07 | |
| 91 | Richard Fox's photo's of reinactment dated 06/30/09 | Objection. Not produced in discovery. To the extent it is the product of plaintiffs' experts, the experts were not timely disclosed pursuant to Rule 26, and therefore, it is inadmissible. |
| 92 | Keith Miller's photo's of reinactment dated 06/30/09 | Objection. Not produced in discovery. To the extent it is the product of plaintiffs' experts, the experts were not timely disclosed pursuant to Rule 26, and therefore, it is inadmissible. |
| 93 | Police Dispatch Log. Bates #00005-00012 | Objection. Hearsay, lacks foundation and authenticity, not relevant. |
| 94 | Police Dispatch recordings. Bates #01322 | Objection. Hearsay, lacks foundation and authenticity, not relevant. |
| 95 | Fire Dispatch Log. Bates #01486-01487 | |
| 96 | Gold Coast Ambulance Dispatch - Trip Details | |
| 97 | Crime Report by Robert Coughlin. Bates #00001-00004 | No objection provided the officers who authored the reports will testify and lay proper foundation |

///

| # | Exhibit | Objection |
|---|---|---|
| 98 | Crime Scene Report by Robert Coughlin. Bates #00014-00021 | No objection provided the officers who authored the reports will testify and lay proper foundation |
| 99 | Follow Up Report by Maria Pena. Bates #00480-00516 | No objection provided the officers who authored the reports will testify and lay proper foundation |
| 100 | Follow Up Report by Debra Schambra. Bates #00518-00523 | No objection provided the officers who authored the reports will testify and lay proper foundation |
| 101 | Follow Up Report by Bill Johnson. Bates #00524-00528 | No objection provided the officers who authored the reports will testify and lay proper foundation |
| 102 | Follow Up Report by Bill Johnson. Bates #00529-00531 | No objection provided the officers who authored the reports will testify and lay proper foundation |
| 103 | Follow Up Report by Bill Johnson. Bates #00532 | No objection provided the officers who authored the reports will testify and lay proper foundation |
| 104 | Follow Up Report by Joe Chase. Bates #00244-00246 | No objection provided the officers who authored the reports will testify and lay proper foundation |
| 105 | Walk Through recording. Bates #1485 | Objection. Hearsay, lacks foundation and authenticity, not relevant, highly prejudicial (due to the powerful effect of a walk through on the jury) while having no probative value. |
| 106 | Follow Up Report by Joe Chase. Bates #00247-00266 | No objection provided the officers who authored the reports will testify and lay proper foundation |
| 107 | Salinas Interview Video. Bates #1484 | Objection. Hearsay, lacks foundation and authenticity, not relevant, highly prejudicial (due to the powerful effect of a walk through on the jury) while having no probative value. |
| 108 | Follow Up Report by Bill Johnson. Bates #00535-00536 | No objection provided the officers who authored the reports will testify and lay proper foundation |
| 109 | Evidence List. Bates #00542-00547 | |

///
///

| # | Exhibit | Description | Objection |
|---|---|---|---|
| 1-4 | 110 | Autopsy Report by Dr. Frank. Bates #00212-00222 | Plaintiffs have no objection subject to portion of the report being excluded in accordance with Plaintiffs' Motion in Limine Nos. 3 and 4 (to exclude evidence of scar on decedent's arm and of syringe.) |
| 5-6 | 111 | Sketch of Bullet Wounds. Exhibit 8 of Dr. Frank deposition | |
| 7-9 | 112 | Toxicology Reports. Exhibit 7 of Dr. Frank deposition | Objection. Hearsay, lacks foundation, not relevant, highly prejudicial while having no probative value (see Plaintiffs' Motion in Limine No. 2 to exclude evidence of drug or alcohol use.) |
| 10-11 | 113 | Oxnard Fire Department Report. Bates #01488-01495 | |
| 12-14 | 114 | Request for Analysis. Bates #00533-00534 | Objection. Not relevant, highly prejudicial while having no probative value, lacks foundation, Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 15-17 | 115 | Request for Analysis. Bates #00549-00550 | Objection. Not relevant, highly prejudicial while having no probative value, lacks foundation, Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 18-20 | 116 | Request for Analysis. Bates #00551 | Objection. Not relevant, highly prejudicial while having no probative value, lacks foundation, Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 21-23 | 117 | Request for Analysis. Bates #00552 | Objection. Not relevant, highly prejudicial while having no probative value, lacks foundation, Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 24-26 | 118 | Request for Analysis. Bates #00553-00554 | Objection. Not relevant, highly prejudicial while having no probative value, lacks foundation, Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |

27  ///

28  ///

| | | | |
|---|---|---|---|
| 1 | 119 | Lab Report by Jill Nguyen. Bates #00059-00062 | Objection. Not relevant, highly prejudicial while having no probative value, lacks foundation, Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 2 | 120 | Lab Report by Kristin Rogahn. Bates #00063-00065 | Objection. Not relevant, highly prejudicial while having no probative value, lacks foundation, Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 3 | 121 | Lab Report by Jill Nguyen. Bates #00066-00067 | Objection. Not relevant, highly prejudicial while having no probative value, lacks foundation, Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 4 | 122 | Vehicle Report of October 9, 2007. Bates #00472 | Objection. Not relevant. |
| 5 | 123 | Daniel Morgan Correspondence of November 12, 2007. Bates #00476-00477 | |
| 6 | 124 | Fixed Blade Knife found in street. | Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 7 | 125 | Allen Wrench Tool found in street. | Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 8 | 126 | Certified copies of decedent's criminal convictions. | Objection. Not relevant, highly prejudicial while having no probative value, lacks foundation (see Plaintiffs' Motion in Limine No. 1) |
| 9 | 127 | Photo of knife and chisel. Exhibit 2 Garcia deposition | Objection. Not relevant, highly prejudicial while having no probative value, lacks foundation, Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 10 | 128 | Photo of steering column. Exhibit 3 Garcia deposition | Objection. Not relevant, highly prejudicial while having no probative value, lacks foundation, Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 11 | 129 | Photo of ignition switch. Exhibit 4 Garcia deposition | Objection. Not relevant, highly prejudicial while having no probative value, lacks foundation, Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |

| # | No. | Description | Objection |
|---|---|---|---|
| 1-3 | 130 | Photo of Allen Wrench. Exhibit 8 Tafoya deposition | Objection. Not relevant, highly prejudicial while having no probative value, lacks foundation, Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 4-5 | 131 | Photo of content of pockets. Exhibit 4 Dr. Frank deposition | Objection. Not relevant, highly prejudicial while having no probative value, lacks foundation (see Plaintiffs' Motion in Limine Nos. 2 and 4) |
| 6-7 | 132 | Photo of knife sheath. Exhibit 5 Dr. Frank deposition | Objection. Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 8-10 | 133 | Photo of content of pockets. Exhibit 6 Dr. Frank deposition | Objection. Not relevant, highly prejudicial while having no probative value, lacks foundation (see Plaintiffs' Motion in Limine Nos. 2 and 4) |
| 11-12 | 134 | Photo of Hand. Exhibit 12 Dr. Frank deposition | Objection. Not relevant, highly prejudicial while having no probative value, lacks foundation (see Plaintiffs' Motion in Limine Nos. 2 and 4) |
| 13-14 | 135 | Photo of gunshot wounds. Bates#00621, IMG4477 | |
| 15 | 136 | Photo of Salinas. Bates#00621, P1010333 | Objection. Not relevant. |
| 16-17 | 137 | Photo of Salinas. Bates#00621, P1010334 | Objection. Not relevant. |
| 18 | 138 | Photo of Salinas. Bates#00621, P1010336 | Objection. Not relevant. |
| 19-20 | 139 | Photo of scene overhead. Bates #00620 IMG4330 | |
| 21-22 | 140 | Photo of truck and cruiser. Bates #00620 IMG4248 | Objection. Not relevant, Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 23-24 | 141 | Photo of truck and bike. Bates #00620 IMG4255 | Objection. Not relevant, Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 25-26 | 142 | Photo of scene with cones. Bates #00620 P1010266 | Objection. Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 27-28 | 143 | Photo of scene with cones and markers 1-6. Bates #00620 P1010312 | Objection. Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |

| # | | | |
|---|---|---|---|
| 1 | 144 | Photo of intersection overview. Bates #00620 IMG4302 | Objection. Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 2 | 145 | Photo of marker #1, knife. Bates #00620 P1010278 | Objection. Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 3 | 146 | Photo of marker #2, casing. Bates #00620 P1010279 | Objection. Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 4 | 147 | Photo of marker #3, casing. Bates #00620 P1010280 | Objection. Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 5 | 148 | Photo of marker #4, casing. Bates #00620 P1010281 | Objection. Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 6 | 149 | Photo of marker #5, casing. Bates #00620 P1010282 | Objection. Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 7 | 150 | Photo of marker #6, Allen Wrench. Bates #00620 P1010283 | Objection. Defendants failed to preserve said evidence (see Plaintiffs' Motion in Limine No. 9.) |
| 8 | 151 | Photo of scene. Exhibit 1 of Duran deposition | |
| 9 | 152 | Photo of scene. Exhibit 2 of Duran deposition | |
| 10 | 153 | Photo of scene. Exhibit 1 of Mendoza deposition | |
| 11 | 154 | Photo of scene. Exhibit 2 of Mendoza deposition | |
| 12 | 155 | Photo of scene. Exhibit 1 of Estrada deposition | |
| 13 | 156 | Photo of scene. Exhibit 2 of Estrada deposition | |
| 14 | 157 | Photo of scene. Exhibit 3 of Estrada deposition | |
| 15 | 158 | Rule 26 Report of J. Zwickey | Objection. Hearsay. |

///

///

| | | |
|---|---|---|
| 159 | Rule 26 Report of B. Lewinski | Objection. Hearsay. |

Dated: July 24, 2009              LAW OFFICES OF GREGORY A. YATES

                                  _____
                                  GREGORY A. YATES,
                                  Co-Counsel for Plaintiffs,
                                  TOMAS BARRERA, SR., individually and as a Personal Representative of THE ESTATE OF TOMAS BARRERA, JR.

Dated: July ___, 2009             LAW OFFICES OF KIM D. SCOVIS

                                  _____
                                  JENNY SCOVIS,
                                  Counsel for Plaintiff,
                                  MARIA LAZOS, individually and as a Personal Representative of THE ESTATE OF TOMAS BARRERA, JR.