# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-02987-RGK (SHx) | Date | July 27, 2009 |
|---|---|---|---|
| Title | MARIA LAZOS, et al. v. CITY OF OXNARD, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Lynne Nicholson | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Gregory Yates
Jenny Scovis
Kim Scovis

Attorneys Present for Defendants:

Alan Wisotsky
Dirk DeGenna

**Proceedings:**      **PRETRIAL CONFERENCE**

    Case called.  Counsel for Maria Lazos arrives late.  Court and counsel confer re witness lists, voir dire, jury impanelment, trial procedures, trial hours, and length of trial.

    The Court advises counsel that after reviewing the file and trial documents submitted, the Court tentatively intends to impose the following time limits for trial:

    Plaintiffs shall have a total of 8 hours to present their case.  The time limit is combined, not 8 hours per plaintiff; and defendants shall have a total of 8 hours to present their case.

    Counsel for plaintiffs motion the Court to dismiss the state claims.  Motion granted.

    Jury trial remains on calendar for August 11, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

|  | : | 23 |
|---|---|---|
| Initials of Preparer | | slw |