```
Alan E. Wisotsky (SBN 68051)
Dirk DeGenna (SBN 188972)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California  93036
Tel:     (805) 278-0920
Fax:     (805) 278-0289
E-mail:  lawyers@wisotskylaw.com

Attorneys for Defendants CITY OF OXNARD,
OXNARD POLICE DEPARTMENT, JOHN CROMBACH,
and ANDREW SALINAS
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA LAZOS, et al., | No. CV 08-02987 RGK (SHx) |
| Plaintiffs, | [consolidated w/ No. CV 08-05153 RGK (SH)] |
| v. | |
| CITY OF OXNARD, et al., | **DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE No. 3 TO PRECLUDE EVIDENCE AND/OR ARGUMENT RE LESSER INTRUSIVE FORCE** |
| Defendants. | |
| AND CONSOLIDATED ACTION. | [Motion in Limine No. 3] |
| | Date : August 11, 2009 |
| | Time : 9:00 a.m. |
| | Ctrm : 850 Roybal |

Defendants hereby submit the following reply to Plaintiff's Opposition to Third Motion in Limine.

The Defendants' Third Motion in Limine was to preclude evidence and/or argument regarding the use of lesser intrusive force. Defendants provided overwhelming case law from the Ninth Circuit as well as other Circuits supporting the position that the Fourth Amendment does not require officers to use the most

1

reasonable means of effecting a search or seizure, only that the means used be reasonable. The issue is not whether there were less intrusive alternatives available — that is, more effective and less painful ones — but whether the techniques used were or were not excessive force. As such, evidence and/or arguments of lesser intrusive force are not relevant or admissible.

Plaintiffs cite no less than 13 cases in their opposition, however, not a single one addresses the issue raised by this motion, let alone contradict defendants' position. Additionally, plaintiffs completely mislead the court with their rendition of how the incident occurred, it is unsupported by the evidence.

**CONCLUSION**

For the foregoing reasons and authorities, it is respectfully requested that the Court grant this in limine motion and preclude plaintiff from arguing and/or presenting evidence regarding the use of lesser intrusive force.

Dated: July ____, 2009

                      LAW OFFICES OF ALAN E. WISOTSKY

                      By:_____
                         DIRK DeGENNA
                         Attorneys for Defendants,
                         CITY OF OXNARD, OXNARD POLICE
                         DEPARTMENT, JOHN CROMBACH, and
                         ANDREW SALINAS