```
 1  Alan E. Wisotsky (SBN 68051)
    Jeffrey Held (SBN 106991)
 2  Dirk DeGenna (SBN 188972)
    LAW OFFICES OF ALAN E. WISOTSKY
 3  300 Esplanade Drive, Suite 1500
    Oxnard, California  93036
 4  Tel:      (805) 278-0920
    Fax:      (805) 278-0289
 5  E-mail:  lawyers@wisotskylaw.com

 6  Attorneys for Defendants CITY OF OXNARD,
    OXNARD POLICE DEPARTMENT, JOHN CROMBACH,
 7  and ANDREW SALINAS
```

 8                     **UNITED STATES DISTRICT COURT**

 9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MARIA LAZOS, et al.,            )   No. CV 08-02987 RGK (SHx)
                                    )
12           Plaintiffs,            )   [consolidated w/
                                    )   No. CV 08-05153 RGK (SH)]
13      v.                          )
                                    )   **[PROPOSED] JOINT STATEMENT**
14  CITY OF OXNARD, et al.,         )   **OF THE CASE**
                                    )
15           Defendants.            )
                                    )
16                                  )
    AND CONSOLIDATED ACTION.        )
17                                  )

18

19       This is a civil case in which plaintiffs, Maria Lazos and
20  Tomas Barrera Sr., on their own behalf and on behalf of the estate
21  of their son, Thomas Barrera Jr., are seeking to recover damages
22  from defendant Sgt. Andrew Salinas of the Oxnard Police Department.
23       Plaintiffs allege their constitutional civil rights were
24  violated by the defendant as a result of the shooting of Thomas
25  Barrera Jr. by Sgt. Andrew Salinas, on October 3, 2007, in Oxnard,
26  California.
27  / / /
28  / / /

                                   1

The defendant denies that his actions violated plaintiffs' constitutional civil rights.

Dated: August ____, 2009        LAW OFFICES OF KIM D. SCOVIS

                                _____
                                JENNY SCOVIS
                                Attorneys for Plaintiff


Dated: August ____, 2009        LAW OFFICES OF GREGORY A. YATES

                                _____
                                GREGORY A. YATES
                                Attorneys for Plaintiff


Dated: August ____, 2009        LAW OFFICES OF ALAN E. WISOTSKY

                                _____
                                DIRK DeGENNA
                                Attorneys for Plaintiff
                                Attorneys for Defendants, CITY OF
                                OXNARD, OXNARD POLICE DEPARTMENT,
                                JOHN CROMBACH, and ANDREW SALINAS