UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-02987-RGK (SHx) | Date | August 10, 2009 |
|---|---|---|---|
| Title | Maria Lazos, the Estate of Thomas Barrera, v. City of Oxnard, et al., | | |

| Present: The Honorable | Stephen J. Hillman | | |
|---|---|---|---|
| Sandra L. Butler | | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gregory A. Yates | Alan E. Wisotsky |
| Daniel C. Morgan | Alan Holmberg |
| Jenny Scovis | |
| Kim D. Scovis | |

**Proceedings:**     SETTLEMENT CONFERENCE

Settlement Conference held on August 7, 2009 for a total of 3 1/2 hours. Case does not settle.

cc:   Judge Klausner
      Magistrate Judge Hillman
      Parties of Record

                                                                                 :
                                                       Initials of Preparer